September 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**B. MAHLER INTERESTS, LP, Appellant**

NO. 14-15-00061-CV                                    V.

**DMAC CONSTRUCTION, INC., Appellee**

_____

      This cause, an appeal from the judgment signed October 17, 2014, in favor of appellee, DMAC Construction, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, B. Mahler Interests, LP, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.